UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

FRANKLIN L. CARTER JR.
JONATHAN CARRILLO
DIANDRE T. MENTOR

CASE NO. 6:24-cr-91-WWB-UAM
18 U.S.C. § 371
26 U.S.C. § 7206(2)
26 U.S.C. § 7203

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Conspiracy to Defraud the United States)

At times relevant to this Indictment:

### Introduction

1. Neighborhood Advance Tax, LLC ("NAT") was a Limited Liability Company owned and operated by FRANKLIN L. CARTER JR. ("CARTER"), JONATHAN CARRILLO ("CARRILLO"), and Emmanuel M. Almonor ("Almonor") with offices throughout the Middle District of Florida. NAT provided tax preparation services for taxpayers.

2. Tax preparers at NAT included, among others, CARTER, CARRILLO, DIANDRE T. MENTOR ("MENTOR"), Almonor, Abryle Y. De La Cruz ("Cruz"), Adon O. Hemley ("Hemley"), Isaiah J. Hayes ("Hayes"), and Kaylah S. Dacosta ("Dacosta").

3. The Internal Revenue Service ("IRS") was an agency of the U.S. Department of Treasury responsible for administering the tax laws of the United States and collecting taxes owed to the United States.

4. The IRS Schedule A, Itemized Deductions ("Schedule A") was a form that could be attached to a U.S. Individual Income Tax Return to claim deductions from one's income.

5. The IRS Schedule C, Profit or Loss From Business ("Schedule C") was a form that could be attached to a U.S. Individual Income Tax Return to claim income or loss for a sole proprietorship business.

## The Conspiracy to Defraud the United States

6. From at least in or about August 2016 and continuing through at least in or about August 2020, in the Middle District of Florida, and elsewhere, the defendants,

> FRANKLIN L. CARTER JR.,
> JONATHAN CARRILLO,
> and
> DIANDRE T. MENTOR,

did knowingly and willfully combine, conspire, confederate, and agree with each other, Almonor, Cruz, Hemley, Dacosta, and other persons known and unknown to the Grand Jury, to defraud the United States for the purpose of impeding, impairing, obstructing, and defeating the lawful government functions of the IRS in the ascertainment, computation, assessment, and collection of federal income taxes.

## Overview of the Conspiracy

7. CARTER, CARRILLO, MENTOR, Almonor, Cruz, Hemley, and Dacosta, together with other persons known and unknown to the Grand Jury, promoted and executed a scheme to unlawfully enrich themselves and others by making false claims to the IRS for tax refunds.

8. In furtherance of the scheme, members of the conspiracy established NAT and caused its tax preparation services to be advertised to taxpayers.

9. To execute the scheme, CARTER, CARRILLO, MENTOR, Almonor, Cruz, Hemley, Dacosta, and other co-conspirators, prepared and filed, and caused to be prepared and filed, false and fraudulent tax forms, including U.S. Individual Income Tax Returns ("Forms 1040"), Schedule A forms, and Schedule C forms. The Schedule A forms falsely claimed, among other items, unreimbursed employee expenses, other taxes, and gifts to charity. The Schedule C forms falsely claimed, among other items, business income, business expenses, and business losses. The falsely claimed items in turn fraudulently reduced the taxpayers' stated income and increased their refunds.

10. As a result of the false claims in the Schedule A and Schedule C forms, CARTER, CARRILLO, MENTOR, Almonor, Cruz, Hemley, Dacosta, and their co-conspirators obtained tax refunds for taxpayers that were well in excess of the refunds to which the taxpayers were entitled. Because of the excessive tax refunds that members of the conspiracy obtained for taxpayers, they were able to charge high fees to taxpayers that unjustly enriched the members of the conspiracy.

## Manner and Means of the Conspiracy

11.   The manner and means by which CARTER, CARRILLO, MENTOR, Almonor, Cruz, Hemley, and Dacosta, and their co-conspirators sought to accomplish the objects of the conspiracy included, among other things, the following:

12.   It was part of the conspiracy that CARTER, CARRILLO, MENTOR, Almonor, Cruz, and others would and did conduct trainings at which they taught NAT employees how to prepare fraudulent tax returns.

13.   It was further part of the conspiracy that CARTER, CARRILLO, MENTOR, Almonor, Cruz, Hemley, Dacosta, and other co-conspirators would and did prepare and file, and cause to be prepared and filed, on behalf of taxpayers, fraudulent Schedule A forms that included, among other false items, false unreimbursed employee expenses, false other taxes, and false gifts to charity.

14.   It was further part of the conspiracy that members of the conspiracy would and did prepare and file, and cause to be prepared and filed, on behalf of taxpayers, fraudulent Schedule C forms that included, among other false items, false business income, false business expenses, and false business losses.

15.   It was further part of the conspiracy that CARTER, CARRILLO, MENTOR, Almonor, Cruz, Hemley, Dacosta, and other co-conspirators would and did charge each NAT client between approximately $75 and $999 in fees to prepare and file the fraudulent tax returns.

16. It was further part of the conspiracy that CARTER, CARRILLO, Almonor, Cruz, and other co-conspirators would and did instruct other NAT tax preparers to falsify numbers on the Schedule A and Schedule C forms in order to obtain a maximum refund for each taxpayer, in which case the preparers were instructed to charge the taxpayer a maximum fee of $999, or in other words to "9-9-9" the clients.

17. It was further part of the conspiracy that NAT tax preparers were paid a percentage of the fees charged.

18. It was further part of the conspiracy that each manager of a NAT tax preparation office was paid a percentage of the total fees charged at the manager's office.

19. It was further part of the conspiracy that members of the conspiracy prepared a training manual that instructed tax preparers regarding how to fraudulently increase taxpayers' tax refunds and provided thresholds for various types of deductions which tax preparers were instructed "never" to exceed so that the fraudulent deductions would not be flagged by the IRS.

20. It was further part of the conspiracy that NAT tax preparers were trained not to disclose the fraudulently-prepared Schedule As and Schedule Cs to taxpayers.

21. It was further part of the conspiracy that members of the conspiracy would and did perform acts and make statements to hide and conceal, and cause to

be hidden and concealed, the purpose of the conspiracy and acts committed in furtherance thereof.

## Overt Acts

22.  On or about the dates set forth below, in the Middle District of Florida, and elsewhere, in furtherance of the conspiracy, and to achieve the objects thereof, at least one of the conspirators prepared and filed, and caused to be prepared and filed, with the IRS Forms 1040, which were false in that they reported false Schedule A deductions and Schedule C business losses, each such filing constituting a separate overt act:

| Overt Act | Approximate Date Filed | Taxpayer | Tax Preparer | Tax Year | Amount of Schedule A Deductions and/or Schedule C Losses Reported |
|---|---|---|---|---|---|
| i. | 3/27/2017 | C.B. | CARTER | 2016 | $32,689 (Sch. A) $9,856 (Sch. C) |
| ii. | 3/25/2018 | M.A. | CARRILLO | 2017 | $50,130 (Sch. A) $11,171 (Sch. C) |
| iii. | 3/27/2019 | M.A. | CARRILLO | 2018 | $42,701 (Sch. A) $11,357 (Sch. C) |
| iv. | 3/2/2020 | M.A. | CARRILLO | 2019 | $15,174 (Sch. C) |
| v. | 2/22/2018 | B.L. | MENTOR | 2017 | $26,500 (Sch. A) |
| vi. | 1/25/2019 | B.L. | MENTOR | 2018 | $31,010 (Sch. A) |
| vii. | 1/31/2019 | R.B. | MENTOR | 2018 | $19,626 (Sch. A) |
| viii. | 2/17/2017 | S.A. | Almonor | 2016 | $27,345 (Sch. A) |
| ix. | 2/24/2017 | J.S. | Almonor | 2016 | $15,318 (Sch. A) |

| Overt Act | Approximate Date Filed | Taxpayer | Tax Preparer | Tax Year | Amount of Schedule A Deductions and/or Schedule C Losses Reported |
|---|---|---|---|---|---|
| x. | 3/3/2017 | J.B. | Almonor | 2015 | $20,888 (Sch. A) |
| xi. | 3/31/2017 | R.A. | Almonor | 2015 | $14,386 (Sch. A) |
| xii. | 4/17/2018 | M.A. and E.O. | Hemley | 2017 | $43,206 (Sch. A) |
| xiii. | 1/22/2019 | F.L. | Hemley | 2018 | $28,720 (Sch. A) |
| xiv. | 2/7/2020 | R.A. | Dacosta | 2019 | $30,751 (Sch. A) |
| xv. | 3/3/2020 | T.V. | Dacosta | 2019 | $28,828 (Sch. A) |

All in violation of 18 U.S.C. § 371.

## COUNTS TWO THROUGH FOUR
### (Aiding in the Preparation and Presentation of False Tax Returns)

On or about the dates set forth below, in the Middle District of Florida, and elsewhere, the defendant,

JONATHAN CARRILLO,

did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the IRS of Forms 1040, for the tax years indicated below, filed individually, on behalf of M.A., which the defendant knew were false and fraudulent as to material matters, including, but not limited to, those described below:

| Count | Approximate Date Filed | Taxpayer | Tax Year | False Material Matters |
|---|---|---|---|---|
| TWO | 3/25/2018 | M.A. | 2017 | Line 12 Business Income/Loss<br>Line 40 Itemized Deductions |

7

| Count | Approximate Date Filed | Taxpayer | Tax Year | False Material Matters |
|---|---|---|---|---|
| THREE | 3/27/2019 | M.A. | 2018 | Line 6 Total Income, Schedule 1<br>Line 8 Itemized Deductions |
| FOUR | 3/2/2020 | M.A. | 2019 | Line 7a Other Income |

All in violation of 26 U.S.C. § 7206(2).

## COUNTS FIVE THROUGH SEVEN
### (Aiding in the Preparation and Presentation of False Tax Returns)

On or about the dates set forth below, in the Middle District of Florida, and elsewhere, the defendant,

DIANDRE T. MENTOR,

did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the IRS of Forms 1040, for the tax years indicated below, filed individually, on behalf of the following taxpayers, which the defendant knew were false and fraudulent as to material matters, including, but not limited to, those described below:

| Count | Approximate Date Filed | Taxpayer | Tax Year | False Material Matters |
|---|---|---|---|---|
| FIVE | 2/22/2018 | B.L. | 2017 | Line 40 Itemized Deductions |
| SIX | 1/25/2019 | B.L. | 2018 | Line 8 Itemized Deductions |
| SEVEN | 1/31/2019 | R.B. | 2018 | Line 8 Itemized Deductions |

All in violation of 26 U.S.C. § 7206(2).

8

## COUNT EIGHT
### (Failure to File an Income Tax Return)

During the calendar year 2019, in the Middle District of Florida, and elsewhere, the defendant,

FRANKLIN L. CARTER JR.,

who was a resident of Orange County, Florida, had and received gross income in excess of $12,200. By reason of such gross income, the defendant was required by law, following the close of the calendar year 2019, and on or before April 15, 2020, and July 15, 2020, to make an income tax return to the Internal Revenue Service, stating specifically in such return the items of his gross income and any deductions and credits to which he was entitled. Knowing and believing all the foregoing, he did willfully fail, on or about July 15, 2020, in the Middle District of Florida, and elsewhere, to make an income tax return.

In violation of 26 U.S.C. § 7203.

## COUNT NINE
### (Failure to File an Income Tax Return)

During the calendar year 2020, in the Middle District of Florida, and elsewhere, the defendant,

FRANKLIN L. CARTER JR.,

who was a resident of Orange County, Florida, had and received gross income in excess of $12,400. By reason of such gross income, the defendant was required by law, following the close of the calendar year 2020, and on or before April 15, 2021, and May 17, 2021, to make an income tax return to the Internal Revenue Service,

stating specifically in such return the items of his gross income and any deductions and credits to which he was entitled. Knowing and believing all the foregoing, he did willfully fail, on or about May 17, 2021, in the Middle District of Florida, and elsewhere, to make an income tax return.

In violation of 26 U.S.C. § 7203.

A TRUE BILL

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: *Sarah Megan Testerman*
Sarah Megan Testerman
Assistant United States Attorney

By: *[signature]*
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

10

FORM OBD-34
January 25

Case No. 6:24-cr-91-WWB-UAM

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Orlando Division

THE UNITED STATES OF AMERICA

vs.

FRANKLIN L. CARTER JR.
JONATHAN CARRILLO
DIANDRE T. MENTOR

## SUPERSEDING INDICTMENT

Violations:  18 U.S.C. § 371
26 U.S.C. § 7206(2)
26 U.S.C. § 7203

A true bill,

_____
Foreperson

Filed in open court this 22nd day of January, 2025.

_____
Clerk

Bail $_____