## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                           CASE NO: 6:24-cr-91-WWB-NWH

JONATHAN CARRILLO

| JUDGE: | Wendy W. Berger | COUNSEL FOR GOVERNMENT: | Michael Jones<br>Megan Testerman |
|---|---|---|---|
| DEPUTY CLERK: | Regina Fermer | COUNSEL FOR DEFENDANT: | Brice L Aikens<br>Jason Reid |
| COURT REPORTER: | Heather Suarez<br>heather@stenosuarez.com | PRETRIAL/PROBATION: | Josette Waters |
| SCHEDULED DATE/TIME: | August 27, 2025<br>2:39pm-3:57pm<br>**Total time: 1 hr, 18 mins** | INTERPRETER: | N/A |

### MINUTES ON SENTENCING

Defendant placed under oath.

**SENTENCE IMPOSED as to Counts One, Two, Three, and Four of the Superseding Indictment.**

Counts One through Four of the underlying Indictment are DISMISSED in accordance with the Plea Agreement.

**INCARCERATION**: ONE HUNDRED TWENTY-ONE (121) MONTHS. This term consists of a 60-month term as to Count 1, a 36-month term as to Count 2, which will run consecutive to Count 1, and a 25-month term as to Counts 3 and 4, which will run concurrently with one another but consecutive to Count 2.

**SUPERVISED RELEASE**: 3 YEARS. This term consists of a 3-year term as to Count One and a 1-year term as to Counts Two through Four, all such terms to run concurrently.
    *Special conditions of supervised release:*
    Mandatory drug testing requirements are imposed.
    Drug aftercare conditions imposed.
    Mental health treatment conditions imposed.
    Credit conditions imposed.
    Defendant shall cooperate in the collection of DNA.

**FINE:** waived.

**SPECIAL ASSESSMENT:** $400.00 is due immediately.

- 2 -

**RESTITUTION:** $12,170,066 to o IRS-RACS. Restitution shall be paid jointly and severally with co-conspirators.

The defendant is **remanded** to the custody of the United States Marshal.

The Court recommends to the Bureau of Prisons that the defendant:
1. Be placed at FCI Coleman. If FCI Coleman is not available, then any facility in the state of Florida for familial proximity.
2. Participate in the Residential Drug Abuse Program (RDAP) and any other mental health treatment programs available.
3. Participate in any available vocational programs to include CDL.

Defendant advised of right to appeal.